THE EXPRESS.

THE N. B. STARBUCK.

THE CHARM.

NEW YORK & CUBA MAIL STEAMSHIP CO. v. THE EXPRESS, THE
N. B. STARBUCK, and THE CHARM.

(Circuit Court of Appeals, Second Circuit.   December 13, 1892.)

No. 38.

INTEREST—AFFIRMANCE OF DECREE.
.  A party who appeals from a decree in 'his favor in a collision case is not
entitled to interest on the original recovery pending the appeal.

Motion to Amend Mandate.   Denied.

For report of the decision on the appeal, see 3 C. C. A. 342, 52
Fed. 890.

PER CURIAM.   The party who appeals from a decree in his favor
in a cause of collision is not entitled to interest on the original re-
covery pending the appeal.   Interest, in such cases, is given for
delay in satisfying a decree.   The party who appeals puts it out
of the power of the opposite party to pay the decree.   The Rebecca
Clyde, 12 Blatchf. 403; Hemmenway v. Fisher, 20 How. 260; The
Blenheim, 18 Fed. 47.

The motion to amend the mandate is denied.